**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 18–05384–dd

Chapter: 7

**In re:**

Joseph Eric Timothy Reiring
aka Joseph E Reiring

Jill Ayn Reiring
dba RB Processing, fka Jill A. Woodyard–Reiring

| | | |
|---|---|---|
| **Entered By The Court** **2/19/20** | **ORDER** | **Filed By The Court** **2/19/20** **Laura A. Austin** **Clerk of Court** **US Bankruptcy Court** |

Order Granting Request to Continue. The Matter is Continued. AND IT IS SO ORDERED. Signed by: Chief Judge David Duncan, US Bankruptcy Court – District of South Carolina (related document(s)[96], 80). Hearing scheduled for 3/24/2020 at 09:00 AM at Charleston. The case judge is David R. Duncan.

Chief United States Bankruptcy Judge